1   Maria I. Zeyrek [SBN 187406]
    LAW OFFICES OF SANTANA & HART
2   71 Stevenson Street, Suite 700
    San Francisco, CA 94105
3   Telephone: (415) 777-1308
    Facsimile: (415) 896-9063
4
    Attorney for Defendants,
5   UNION PACIFIC RAILROAD COMPANY, and
    JACK COOPER TRANSPORT COMPANY, INC.
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  FRED WARD,                          Case No.: C-10-01853-PVT

12              Plaintiff,              **SUBSTITUTION OF ATTORNEY**
                                        AND ORDER
13  v.

14  UNION PACIFIC RAILROAD COMPANY,
    JACK COOPER TRANSPORT COMPANY,
15  INC., and
    DOES 1 through 50,
16
                Defendants.
17      DEFENDANT UNION PACIFIC RAILROAD COMPANY hereby substitutes Maria I.

18  Zeyrek of the Law Offices of Santana & Hart, 71 Stevenson Street, Suite 700, San Francisco, CA

19  94105, (415) 777-1308, as attorney of record in place of Thomas A. Cregger of Randolph, Cregger &

20  Chalfant, LLP, 1030 G Street, Sacramento, CA 95814, (415) 443-4443.

21

22  DATED:  October 28, 2010          LAW OFFICES OF SANTANA & HART

23

24                                    By: /s/ Maria I. Zeyrek
                                         Maria I. Zeyrek, Esq.
25                                       Attorney for Defendants,
                                         UNION PACIFIC RAILROAD COMPANY, and
26                                       JACK COOPER TRANSPORT COMPANY, INC.

27  //

28

                                        1

1    I consent to the above substitution.

2

3    Date: January 19, 2011              RANDOLPH CREGGER & CHALFANT LLP

4

5                                        /s/ Thomas A. Cregger

6                                        THOMAS A. CREGGER
                                         Attorneys  for  Defendants  UNION  PACIFIC  RAILROAD
7                                        COMPANY

8

9

10   IT IS SO ORDERED.

11   Dated: ___January 24, 2011___

12

13                                       _Lucy H. Koh_

14                                       _____

15                                       LUCY H. KOH
                                         UNITED STATES DISTRICT JUDGE

16

17

18   N:\Open\10\2322  Ward, Fred\Pleadings\Substitution of Attorneys.wpd

19

20

21

22

23

24

25

26

27

28