UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED WARD, <br><br> Plaintiff, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, ET AL., <br><br> Defendants. | Case No.: 10-CV-01853-LHK <br><br> ORDER REQURING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |

A Case Management Conference is scheduled before the undersigned judge on January 26, 2011. Although parties were to file a Joint Case Management Statement no fewer than 7 days prior to their Case Management Conference pursuant to Civil Local Rule 16-9(d), the parties have failed to submit such a Statement. Accordingly, by 3:00 p.m., Tuesday, January 25, 2011, the parties shall file a Joint Case Management Statement.

**IT IS SO ORDERED.**

Dated: January 24, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge