UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED WARD,<br><br>    Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, ET AL.,<br><br>    Defendants. | Case No.: 10-CV-01853-LHK<br><br>ORDER REQUIRING PARTIES TO FILE CONTINUANCE STIPULATION |

In response to the Court's January 24, 2011 order, parties filed a Joint Case Management Statement. Dkt. No. 26. In their Statement, parties represent that they have agreed to stipulate to a trial continuance given Plaintiff counsel's medical situation. The parties shall file the signed stipulation by 6:00 PM, January 25, 2011. The January 26, 2011 Case Management Conference remains as set.

**IT IS SO ORDERED.**

Dated: January 25, 2011

_____
LUCY H. KOH
United States District Judge