UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED WARD, ) | Case No.: 10-CV-01853-LHK |
| ) | |
| Plaintiff, ) | ORDER REQURING PARTIES TO FILE |
| ) | JOINT CASE MANAGEMENT |
| v. ) | STATEMENT BY 1:00 PM, MONDAY, |
| ) | MAY 23, 2011 |
| UNION PACIFIC RAILROAD COMPANY, ET ) | |
| AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

  A Case Management Conference is scheduled before the undersigned Judge on May 25, 2011.  Although parties were to file a Joint Case Management Statement no fewer than 7 days prior to their Case Management Conference pursuant to Civil Local Rule 16-10, the parties have failed to submit such a Statement.  Accordingly, by 1:00 p.m., Monday, May 23, 2011, the parties shall file a Joint Case Management Statement.  In addition, the parties should include in their Joint Case Management Statement an explanation as to: (1) why Plaintiff has not stipulated to dismissal of Defendant Jack Cooper Transport Company, Inc., which it was required to do on or before February 25, 2011; and (2) why Plaintiff's Attorney Ross Meltzer has not registered for the Court's

//

//

1

Case No.: 10-CV-01853-LHK
ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT

1  Electronic Case Filing (ECF) program, which he was required to do on or before February 7, 2011.

2  *See* January 26, 2011 Minute Order and Case Management Order [dkt. #29].

3  **IT IS SO ORDERED.**

5  Dated: May 19, 2011

                                                LUCY H. KOH  
                                                United States District Judge

Case No.: 10-CV-01853-LHK  
ORDER REQUIRING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT