UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED WARD, ) | Case No.: 10-CV-01853-LHK |
| ) | |
| Plaintiff, ) | ORDER REQURING PARTIES TO FILE |
| ) | JOINT CASE MANAGEMENT |
| v. ) | STATEMENT IN COMPLIANCE WITH |
| ) | STANDING ORDER AND LOCAL |
| UNION PACIFIC RAILROAD COMPANY, ET ) | RULES BY 4:00 PM, TUESDAY, MAY |
| AL., ) | 24, 2011 |
| ) | |
| Defendants. ) | |
| ) | |

A Case Management Conference is scheduled before the undersigned Judge on May 25, 2011. Although parties were to file a Joint Case Management Statement no fewer than 7 days prior to their Case Management Conference pursuant to Civil Local Rule 16-10, the parties failed to submit such a Statement. The Court ordered the parties to file a Joint Case Management Statement by 1:00 p.m., Monday, May 23, 2011. Plaintiff did not file a Statement. Defendants did file a Statement, but that Statement does not provide the information required pursuant to the Standing Order for All Judges in the Northern District of California -- Contents of Joint Case Management Statement ("Standing Order for All Judges") or the Court's Local Rules. *See* Civ. L.R. 16-10.

Accordingly, the parties shall file a Joint Case Management Statement, or separate Case Management Statements if a Joint Case Management Statement is not possible, that provides all the information required by the Standing Order for All Judges and the Court's Local Rules by 4:00

1

Case No.: 10-CV-01853-LHK
ORDER REQUIRING PARTIES TO FILE CASE MANAGEMENT STATEMENT

1    p.m., Tuesday, May 24, 2011.  The May 25, 2011 Case Management Conference remains as set.

2    Plaintiff should note that further unexplained delays or violations of the Court's Local Rules risks

3    dismissal of this case for failure to prosecute.

4    **IT IS SO ORDERED.**

5

6    Dated: May 23, 2011                                             _____
7                                                                                          LUCY H. KOH
                                                                                            United States District Judge

Case No.: 10-CV-01853-LHK
ORDER REQUIRING PARTIES TO FILE CASE MANAGEMENT STATEMENT