**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED WARD, ) | Case No.: 10-CV-01853-LHK |
| ) | |
| Plaintiff, ) | ORDER RE: MAY 25, 2011 CASE |
| ) | MANAGEMENT CONFERENCE |
| v. ) | |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ET ) | |
| AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties' request to continue the May 25, 2011 Case Management Conference until after a September 8, 2011 mediation is DENIED. Counsel for the parties shall appear in person at the May 25, 2011 Case Management Conference at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 24, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-01853-LHK
ORDER RE: CASE MANAGEMENT CONFERENCE