**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED WARD, ) | Case No.: 10-CV-01853-LHK |
| ) | |
| Plaintiff, ) | ORDER DIRECTING PARTIES TO FILE |
| ) | A JOINT CASE MANAGEMENT |
| v. ) | STATEMENT |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| JACK COOPER TRANSPORT COMPANY, ) | |
| INC., AND DOES 1 to 50, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for January 11, 2012, as required pursuant to Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one joint case management statement by Monday, January 9, 2012, at 12:00 p.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 6, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-01853-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT