UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED WARD, ) | Case No.: 10-CV-01853-LHK |
| ) | |
| Plaintiff, ) | ORDER DIRECTING DEFENDANTS |
| ) | TO FILE A CASE MANAGEMENT |
| v. ) | STATEMENT |
| ) | |
| UNION PACIFIC RAILROAD COMPANY, ) | |
| JACK COOPER TRANSPORT COMPANY, ) | |
| INC., AND DOES 1 to 50, ) | |
| ) | |
| Defendants. ) | |

The Court ordered the parties to file a Joint Case Management Statement by January 9, 2012, at 12:00 p.m. *See* ECF No. 46. As of January 9, 2012, at 2:45 p.m., Plaintiff has filed a case management statement, but Defendants have filed none. Defendants are hereby ORDERED to file a case management statement by January 10, 2012, at 11:00 a.m., reporting progress or changes since the last statement was filed and making proposals for the remainder of the case development process. Civ. L. R. 16-10(d). In particular, Defendants shall address Plaintiff's representation that this matter settled at mediation on December 23, 2011, and that "Plaintiff's counsel is still awaiting for [sic] the Release from opposing counsel in order to finalize matter [sic]." ECF No. 47 at 2. In their statement, Defendants shall advise the Court as to the status of resolution of this case and when, if the matter has settled, the parties expect to file their stipulation of dismissal.

**IT IS SO ORDERED.**

1

Case No.: 11-CV-01853-LHK
ORDER DIRECTING DEFENDANTS TO FILE A CASE MANAGEMENT STATEMENT

Dated: January 9, 2012

_____
LUCY H. KOH
United States District Judge