UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED WARD, | Case No.: 10-CV-01853-LHK |
| Plaintiff, | ORDER DIRECTING PARTIES TO FILE STATUS REPORT |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

At the January 11, 2012 case management conference, the parties represented that they were near finalizing a settlement and would be able to file a stipulation of dismissal of the entire action with prejudice by January 17, 2012. Based on the parties' representations, the Court ordered Plaintiff to file, by no later than January 17, 2012, a stipulation of dismissal with prejudice, or, if no such stipulation was reached, a status report regarding resolution of this case. As of today, January 19, 2012, the parties have filed neither a stipulation of dismissal nor a status report.

Accordingly, the Court hereby ORDERS the parties to file, by January 20, 2012 at 5:00 p.m., a stipulation of dismissal with prejudice, or, if no such stipulation has been reached, a status report regarding resolution of this case. The parties are reminded that, pending stipulation of dismissal with prejudice, the final pretrial conference remains scheduled for February 2, 2012, and trial remains scheduled to begin on February 27, 2012. The Court will not move these dates.

Failure to comply with the Court's Standing Order governing Final Pretrial Conferences in Jury Trials will result in waiver of the rights contained therein.

**IT IS SO ORDERED.**

Dated: January 19, 2012

_____
LUCY H. KOH
United States District Judge