1  LAW OFFICES OF ROSS M. MELTZER
   ROSS M. MELTZER, ESQ., State Bar No. 122270
2  TODD E. THYBERG, ESQ., State Bar No.: 139900
   rossmeltzer@live.com
3  24301 Southland Drive, Ste. 613
   Hayward, California 94545
4  Telephone:  (510) 784-1200
   Facsimile:   (510) 783-8909
5
   Attorneys for Plaintiff
6  FRED WARD

7

8

9              IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 FRED WARD,                           No. C-10-01853-LHK

12              Plaintiffs,             STIPULATION OF
                                        DISMISSAL
13      vs.

14 UNION PACIFIC RAILROAD
   COMPANY, JACK COOPER
15 TRANSPORT COMPANY, INC., AND
   DOES 1 to 50.
16
                Defendants.
17 _____/

18      IT IS HEREBY STIPULATED by and between the parties to this action

19 through their designated counsel that the above-captioned action be and hereby is

20 dismissed with prejudice pursuant to FRCP 41(a)(1).

21

22 DATED: January 18, 2012          LAW OFFICES OF ROSS M. MELTZER

23
                                    /s/
24                                  ROSS M. MELTZER, ESQ.
                                    Attorneys for Plaintiff, Fred Ward
25 DATED: Jun 20, 2012
                                    SANTANA & HART
26

27

28                                  DAVID WONG, ESQ.
                                    Attorneys for Defendant, Union Pacific
                                    Railroad Company



STIPULATION OF DISMISSAL                   -1-

1

2      It is herein Ordered that this matter be dismissed with prejudice.

3

4    Dated:  January 24, 2012              *Lucy H. Koh*

5                                          Lucy H. Koh, District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL          -2-