

1  LAW OFFICES OF ROSS M. MELTZER
   ROSS M. MELTZER, ESQ., State Bar No. 122270
2  TODD E. THYBERG, ESQ., State Bar No.: 139900
   rossmeltzer@live.com
3  24301 Southland Drive, Ste. 613
   Hayward, California 94545
4  Telephone: (510) 784-1200
   Facsimile:   (510) 783-8909
5

6  Attorneys for Plaintiff
   FRED WARD

7

8

9            IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  FRED WARD,                              No. C-10-01853-LHK

12              Plaintiffs,                 STIPULATION OF
                                            DISMISSAL
13       vs.

14  UNION PACIFIC RAILROAD
    COMPANY, JACK COOPER
15  TRANSPORT COMPANY,INC., AND
    DOES 1 to 50.

16              Defendants.
17  _____/

18       IT IS HEREBY STIPULATED by and between the parties to this action

19  through their designated counsel that the above-captioned action be and hereby is

20  dismissed with prejudice pursuant to FRCP 41(a)(1).

21

22  DATED: January 18, 2012        LAW OFFICES OF ROSS M. MELTZER

23
                                   /s/
24                                 ROSS M. MELTZER, ESQ.
                                   Attorneys for Plaintiff, Fred Ward
25  DATED: Jun 20, 2012
                                   SANTANA & HART
26

27

28                                 DAVID WONG, ESQ.
                                   Attorneys for Defendant Union Pacific
                                   Railroad Company

STIPULATION OF DISMISSAL                      -1-

1

2        It is herein Ordered that this matter be dismissed with prejudice.

3

4     Dated:  January 24, 2012

5                                         Lucy H. Koh, District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL                -2-